KAHLER *v.* KERTSON.

APPEAL—QUESTION OF FACT.
This case involved only a question of fact, and the decree was
*held* justified by the evidence.

Appeal from Kent; Perkins, J.   Submitted October 8,
1903.   (Docket No. 19.)   Decided November 3, 1903.

Bill by Charles H. Kahler against Louis A. Kertson to
compel the assignment of certain corporate stock.   From
a decree for complainant, defendant appeals.   Affirmed.

*L. E. Carroll,* for complainant.

*F. W. Clapp,* for defendant.

HOOKER, C. J.   The bill in this cause was filed to com-
pel the defendant to assign to the complainant one-half of
100 shares of stock received by the former from a corpora-
tion organized through their efforts, and to which they
transferred a stock and business which they had previously
owned and conducted as copartners at the city of Battle
Creek.

The cause was heard upon the merits, and a decree was
made in accordance with the prayer of the bill.   It involves
a question of fact, of no especial interest to any but the
parties, and requires no discussion of the testimony.   Our
examination satisfies us of the correctness of the decree,
which is therefore affirmed, with costs

The other Justices concurred.